# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ARTHUR A. KAYE                                                           PLAINTIFF

v.                Case No. 4:17-cv-000117-KGB

ALLSTATE INSURANCE COMPANY                                        DEFENDANT

## ORDER

Before the Court is defendant Allstate Insurance Company's ("Allstate") expedited motion for sanctions and supplement to its motion for sanctions (Dkt. Nos. 17, 25). In its supplement to the motion for sanctions, Allstate requests that the Court dismiss this case because Mr. Kaye repeatedly failed to fulfill his discovery obligations (Dkt. No. 25, at 6).

On May 6, 2019, the Court entered a Show Cause Order ordering plaintiff Arthur A. Kaye to file a written response within ten days from the entry of that Order to show cause why the Court should not dismiss without prejudice this litigation for lack of prosecution (Dkt. No. 28, at 2). The Court also informed Mr. Kaye that, given the claims he brings, a dismissal without prejudice likely will operate effectively as a dismissal with prejudice of certain of his claims (*Id.*). Mr. Kaye was advised that his failure to respond to the Show Cause Order may result in the dismissal of this lawsuit for lack of prosecution (*Id.*). Mr. Kaye failed to file any response, formally or informally.

As of the date of this Order, Mr. Kaye has not complied with the Court's Order from May 6, 2019. Accordingly, Allstate's expedited motion for sanctions and supplement to its motion for sanctions are granted in part (Dkt. Nos. 17, 25). The Court dismisses without prejudice this action.

So ordered this 12th day of July, 2019.

_____
Kristine G. Baker
United States District Judge