IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR A. KAYE                                                                                    PLAINTIFF

v.                          Case No. 4:17-cv-000117-KGB

ALLSTATE INSURANCE
COMPANY                                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Arthur A. Kaye's complaint is dismissed without prejudice. The relief sought is denied.

So ordered this 12th day of July, 2019.

_____
Kristine G. Baker
United States District Judge